Fill in this information to identify the case:

Debtor 1 George E. Shaw
Debtor 2
 (Spouse, if filing)

United States Bankruptcy Court for the District of Massachusetts
Case number 14-15080

# Form 4100R

## Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 0789

**Property address:** 227 Norfolk Street
    Number    Street

Cambridge, MA 02139
City    State    Zip Code

### Part 2: Prepetition Default Payments

**Check one:**

☒ Creditor agrees that the debtor(s) have paid in full the amount required due to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure   $_____
the prepetition default on the creditor's claim. Creditor asserts that the total
prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on: 01/01/2020

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:    (a) $0.00
   b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $0.00
   c. Total Suspense Balance.    (c) ($0.00)
   d. **Total**. Add lines a and b subtract from c.    (d) $0.00

   Creditor asserts that the debtor(s) are contractually
   Obligated for the postpetition payments(s) that first become due on:

Debtor1 George E. Shaw    Case Number (*If known*):14-15080
First Name   Middle Name   Last Name

### Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Tatyana P. Tabachnik               Date   01/06/2020
      Signature

Print: Elizabeth M. Abood-Carroll, Esquire., Bar # 569551      Title   Attorneys for U.S. Bank Trust, N.A., as Trustee
       Jason J. Giguere, Esquire., Bar # 667662                        for LSF9 Master Participation Trust
       Matthew Dailey, Esquire., Bar # 672242
       Patrick J. Martin, Esquire., Bar # 669534
       Tatyana P. Tabachnik, Esquire., Bar # 673236
First Name   Middle Name   Last Name

Company   Orlans PC

Address   PO Box 540540
          Number    Street

          Waltham, MA 02454
          City    State    Zip

Contact phone   (781) 790-7800              Contact Email:  eabood-carroll@orlans.com
                                                            jgiguere@orlans.com
                                                            mdailey@orlans.com
                                                            pmartin@orlans.com
                                                            ttabachnik@orlans.com